

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. AP-76,749 & 76,750

### EX PARTE WILLIAM ELMER HASTINGS, Applicant

### ON APPLICATIONS FOR A WRIT OF HABEAS CORPUS
### CAUSE NOS. 08-56619-V & 09-00729-V IN THE 292nd DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*. Keller, P.J., not participating.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two separate offenses of aggravated sexual assault of a child under fourteen and he was sentenced to fifteen years' imprisonment in each cause. The Fifth Court of Appeals affirmed his convictions. *Hastings v. State*, Nos. 05-10-00264-CR and 05-10-00265-CR (Tex. App.—Dallas, delivered April 7, 2011, no pet.).

Applicant raises allegations of no evidence, insufficient evidence, inconsistent statements by the complainant, trial court error in admitting expert witness testimony, ineffective assistance of trial

counsel, and appellate court error.  In response to these applications, the Court issued its opinion in *Ex parte William Elmer Hastings*, 366 S.W.3d 199 (Tex. Crim. App. 2012).  As a result of the Court's holding in *Hastings*, the matters were remanded to the trial court to address the issues raised in the instant applications.

The trial court, based upon the record and an affidavit filed by trial counsel, has determined that Applicant's allegations are without merit and recommends that relief be denied.  We agree.  Relief is denied.

Delivered: June 12, 2013
Do not publish